# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Scott Dolemba

                      Plaintiff,

v.                                               Case No.: 1:16–cv–04863
                                                        Honorable Jorge L. Alonso

CallSmart, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2017:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's counsel reported that a settlement has been reached. Plaintiff's motion to certify class [4] is withdrawn. Status hearing previously set for 1/26/17 is stricken and reset to 3/16/17 at 9:30 a.m. If a stipulation to dismiss has been submitted in advance of that date, no one needs to appear on 3/16/17. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.