IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, on behalf of plaintiff and the class defined below, | ) ) ) ) | |
| Plaintiff, | ) ) | 16-cv-4863 |
| vs. | ) ) ) | Honorable Judge Alonso Magistrate Judge Finnegan |
| CALLSMART, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to the voluntary dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs and attorneys' fees. Plaintiff's class claims are dismissed without prejudice, and with each party bearing its own costs and attorneys' fees. This stipulation of dismissal disposes of the entire action.

Respectfully Submitted,

| | |
|---|---|
| /s/Dulijaza Clark | /s/Mark A. Doneslaar |
| Daniel A. Edelman | Mark A. Van Donselaar |
| Dulijaza (Julie) Clark | Churchill, Quinn, Richtman |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | & Hamilton, Ltd. McGuireWoods LLP |
| 20 S. Clark Street, Suite 1500 | 2 South Whitney St. |
| Chicago, IL 60603 | Grayslake, IL 60030 |
| P: (312) 739-4200 | P: (847) 223-1500 |
| F: (312) 419-0379 | F: (847) 223-1700 |

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on April 14, 2017, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which shall cause service upon all counsel of record.


                                                              /s/Dulijaza Clark
                                                              Dulijaza Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)